

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-13-00049-CV

Trial Court Cause
Number:    1001030

Style:    Juan Jose Rojas

    **v** Lilian Guardado

Date motion filed[*]:    April 1, 2013

Type of motion:    Motion to Extend Time to File Clerk's Record

Party filing motion:    District clerk

Document to be filed:    Clerk's Record

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:    February 11, 2013

    Number of previous extensions granted:    0

    Date Requested:    April 11, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: <u>April 11, 2013</u>

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: <u>/s/ Justice Michael Massengale</u>

    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>April 4, 2013</u>